MORGAN, LEWIS & BOCKIUS LLP
Sarah Zenewicz, Bar No. 258068
One Market
Spear Street Tower
San Francisco, CA 94105-1596
Tel:   +1.415.442.1000
Fax:   +1.415.442.1001
sarah.zenewicz@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
Michelle L. Quach, Bar No. 335098
1400 Page Mill Road
Palo Alto, CA 94304
Tel:   +1.650.843.4000
Fax:   +1.650.843.4001
michelle.quach@morganlewis.com

Attorneys for Defendant
ARAMARK SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL CORREA, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ARAMARK SERVICES, INC., a Delaware corporation; and DOES 1 through 50, inclusive;<br><br>Defendants. | Case No. 3:24-cv-02223<br><br>**DECLARATION OF AMY GOLEMBO IN SUPPORT OF NOTICE OF REMOVAL OF DEFENDANT ARAMARK SERVICES, INC.**<br><br>[28 U.S.C. §§ 1332, 1441, 1446, AND 1453]<br><br>[Santa Clara County Superior Court Case No. 24CV431992] |

I, Amy Golembo, declare under penalty of perjury and pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am employed by Aramark Services, Inc. ("Defendant" or "Aramark") as a Paralegal. I submit this declaration in support of Defendant's Notice of Removal. As a result of my position, I have personal knowledge of the facts set forth in this declaration, and could and would competently testify to them under oath if called as a witness.

2. As a paralegal for Defendant, I am familiar with Aramark's corporate form and its headquarters office location. Aramark Services, Inc. is a corporation formed under the laws of the State of Delaware. Aramark's headquarters are in Philadelphia, Pennsylvania. The Philadelphia office is the location from which its officers direct, coordinate and control its business operations.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 10 2024 in Philadelphia, PA.

_____
Amy Golembo

DB2/ 47703169.1

| Case No. | 2 | DECLARATION OF AMY GOLEMBO IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL |

Morgan, Lewis & Bockius LLP
Attorneys at Law
Silicon Valley