MORGAN, LEWIS & BOCKIUS LLP
Sarah Zenewicz, Bar No. 258068
One Market
Spear Street Tower
San Francisco, CA 94105-1596
Tel: +1.415.442.1000
Fax: +1.415.442.1001
sarah.zenewicz@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
Michelle L. Quach, Bar No. 335098
1400 Page Mill Road
Palo Alto, CA 94304
Tel: +1.650.843.4000
Fax: +1.650.843.4001
michelle.quach@morganlewis.com

Attorneys for Defendant
ARAMARK SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL CORREA, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ARAMARK SERVICES, INC., a Delaware corporation; and DOES 1 through 50, inclusive;<br><br>Defendants. | Case No. 3:24-cv-02223<br><br>**DECLARATION OF ROXANNE TUCKER IN SUPPORT OF NOTICE OF REMOVAL OF DEFENDANT ARAMARK SERVICES, INC.**<br><br>[28 U.S.C. §§ 1332, 1441, 1446, AND 1453]<br><br>[Santa Clara County Superior Court Case No. 24CV431992] |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SILICON VALLEY

Case No. 3:24-cv-02223

DECLARATION OF ROXANNE TUCKER IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL

I, Roxanne Tucker, declare under penalty of perjury and pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am employed by Aramark Management, LLC in Philadelphia, Pennsylvania in the Payroll Department. In this capacity, I have access to payroll records, personnel records and other human resource-related data and information maintained in the ordinary course of business relating to employees of Aramark Services, Inc. ("Aramark"). The statement made herein are based upon my access, review and summary of such records.

2. Using the systems, records and data described above (the "Records"), I have reviewed the available information regarding Aramark's California non-exempt employees who have worked for Aramark at any time during the period from February 27, 2020 to March 28, 2024. The Records for those current and former employees include information such as hire dates, rates of pay, pay periods and weeks worked, and employment status (including whether they are active, on a leave or terminated).

3. Based on my review of the Records, there are at least 3,302 current and former California non-exempt employees for Aramark, who collectively have worked at least 90,279 workweeks, at an average pay rate of $19.58 per hour, over the time period from February 27, 2020, to March 28, 2024.

4. I reviewed the Records for the number of California non-exempt employees who have a status of "terminated" and a termination date on or after February 27, 2021 through March 28, 2024. Based on my review of the Records, there are at least 1,679 California non-exempt employees whose employment has terminated since February 27, 2021 through March 28, 2024, and these terminated employees' average hourly rate was $19.07.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 11, 2024.

DB2/ 47703170.1

*Roxanne Tucker*
Roxanne Tucker

| Case No. | 2 | DECLARATION OF ROXANNE TUCKER IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SILICON VALLEY