MORGAN, LEWIS & BOCKIUS LLP
Sarah Zenewicz, Bar No. 258068
One Market
Spear Street Tower
San Francisco, CA  94105-1596
Tel:     +1.415.442.1000
Fax:    +1.415.442.1001
sarah.zenewicz@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
Michelle L. Quach, Bar No. 335098
1400 Page Mill Road
Palo Alto, CA 94304
Tel:     +1.650.843.4000
Fax:    +1.650.843.4001
michelle.quach@morganlewis.com

Attorneys for Defendant
ARAMARK SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL CORREA, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ARAMARK SERVICES, INC., a Delaware corporation; and DOES 1 through 50, inclusive;<br><br>Defendants. | Case No.  3:24-cv-02223<br><br>**CERTIFICATE OF SERVICE** |

I, Robin Onaka, declare:

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within entitled action. My business address is One Market, Spear Street Tower, San Francisco, CA 94105-1596. On April 15, 2024, I served a copy of the within document(s):

1. **DEFENDANT ARAMARK SERVICES, INC.'S NOTICE OF REMOVAL;**

2. **DECLARATION OF AMY GOLEMBO IN SUPPORT OF NOTICE OF REMOVAL OF DEFENDANT ARAMARK SERVICES, INC.;**

3. **DECLARATION OF ROXANNE TUCKER IN SUPPORT OF NOTICE OF REMOVAL OF DEFENDANT ARAMARK SERVICES, INC.;**

4. **DEFENDANT ARAMARK SERVICES, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS;**

5. **DEFENDANT ARAMARK SERVICES, INC.'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL; and,**

6. **CIVIL CASE COVER SHEET.**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, the United States mail at San Francisco, California addressed as set forth below.

☒ by placing the document(s) listed above in a sealed envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to an agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

| | |
|---|---|
| Ronald H. Bae | *Attorneys for Plaintiff, Angel Correa* |
| Olivia D. Scharrer | |
| Carson M. Turner | |
| Aequitas Legal Group | |
| 1156 E. Green Street, Suite 200 | |
| Pasadena, CA  91106 | |
| Phone: (213) 674-6080 | |
| Fax:     (213) 674-6081 | |
| Email:  rbae@aequitaslegalgroup.com | |
|             oscharrer@aequitaslegalgroup.com | |
|             cturner@aequitaslegalgroup.com | |

    I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

    Executed on April 15, 2024, at San Francisco, California.

    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

*/s/ Robin Onaka*
_____
Robin Onaka