MORGAN, LEWIS & BOCKIUS LLP
Sarah Zenewicz, Bar No. 258068
One Market
Spear Street Tower
San Francisco, CA 94105-1596
Tel:     +1.415.442.1000
Fax:    +1.415.442.1001
sarah.zenewicz@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
Michelle L. Quach, Bar No. 335098
1400 Page Mill Road
Palo Alto, CA 94304
Tel:     +1.650.843.4000
Fax:    +1.650.843.4001
michelle.quach@morganlewis.com

Attorneys for Defendant
ARAMARK SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL CORREA, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ARAMARK SERVICES, INC., a Delaware corporation; and DOES 1 through 50, inclusive;<br><br>Defendants. | Case No. 3:24-cv-02223<br><br>**DEFENDANT ARAMARK SERVICES, INC.'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL**<br><br>[28 U.S.C. §§ 1332, 1441, 1446, AND 1453]<br><br>[Santa Clara County Superior Court Case No. 24CV431992] |

Defendant Aramark Services, Inc., by and through its attorneys of record, file this Request for Judicial notice pursuant to Federal Rules of Evidence, Rule 201 in support of its Notice of Removal. Defendant hereby requests that the Court take judicial notice of the following facts and documents:

1. On May 4, 2023, Aramark Services, Inc. filed a State of Information with the California Secretary of State, attached hereto as **Exhibit 1**, which identifies Aramark Services, Inc. as a Delaware corporation and the principal executive office for Aramark Services, Inc. as located in Philadelphia, Pennsylvania.

2. On May 21, 2014, Aramark Services, Inc. filed an Amended Statement by Foreign Corporation with the California Secretary of State, attached hereto as **Exhibit 2**, which identifies Aramark Services, Inc. as a Delaware corporation and which attaches a certificate from the Secretary of State of the State of Delaware affirming that Aramark Services, Inc. is a Delaware corporation authorized to transact business.

Federal Rule of Evidence 201 allows federal courts to "take judicial notice of court filings and other matters of public record." *Reyn's Pasta Bella, LLC v. Visa USA, Inc.*, 442 F.3d 741, 746 n.6 (9th Cir. 2006). Defendant requests judicial notice of the above-listed filings from the California Secretary of State and the Northern District of California, which pertain to the issues presented in its Notice of Removal. These documents are "not subject to reasonable dispute" and substantiate facts "capable of accurate and ready determination by resort to sources whose accuracy cannot be reasonably be questioned." Fed. R. Evid. 201(b)(2).

Dated: April 15, 2024                                         MORGAN, LEWIS & BOCKIUS LLP


By:   /s/Sarah Zenewicz
Sarah Zenewicz
Michelle L. Quach
Attorneys for Defendant
ARAMARK SERVICES, INC.

DB2/ 47703173.1

Case No.                                  2                    REQUEST FOR JUDICIAL NOTICE ISO NOTICE OF REMOVAL

# EXHIBIT 1



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**STATEMENT OF INFORMATION CORPORATION**

California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

| For Office Use Only |
|---|
| **-FILED-** |
| File No.: BA20230736909 |
| Date Filed: 5/4/2023 |

### Entity Details

| | |
|---|---|
| Corporation Name | ARAMARK SERVICES, INC. |
| Entity No. | 0371886 |
| Formed In | DELAWARE |

### Street Address of Principal Office of Corporation

| | |
|---|---|
| Principal Address | 2400 MARKET ST<br>PHILDELPHIA, PA 19103 |

### Mailing Address of Corporation

| | |
|---|---|
| Mailing Address | 5880 NOLENSVILLE PK<br>NASHVILLE, TN 37211 |
| Attention | |

### Street Address of California Office of Corporation

| | |
|---|---|
| Street Address of California Office | None |

### Officers

| Officer Name | Officer Address | Position(s) |
|---|---|---|
| JAMES TARANGELO | 2400 MARKET ST PHILDELPHIA, PA 19103 | Chief Executive Officer |
| VACANT VACANT | 2400 MARKET ST PHILDELPHIA, PA 19103 | Secretary |
| ROBERT DEITZ | 2400 MARKET ST PHILDELPHIA, PA 19103 | Chief Financial Officer |

### Additional Officers

| Officer Name | Officer Address | Position | Stated Position |
|---|---|---|---|
| None Entered | | | |

### Agent for Service of Process

| | |
|---|---|
| California Registered Corporate Agent (1505) | C T CORPORATION SYSTEM<br>Registered Corporate 1505 Agent |

### Type of Business

| | |
|---|---|
| Type of Business | Aramark |

### Email Notifications

| | |
|---|---|
| Opt-in Email Notifications | Yes, I opt-in to receive entity notifications via email. |

### Labor Judgment

No Officer or Director of this Corporation has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal therefrom is pending, for the violation of any wage order or provision of the Labor Code.

Electronic Signature

☒  By signing, I affirm that the information herein is true and correct and that I am authorized by California law to sign.

*JENNA LACAS*  
Signature

*05/04/2023*  
Date

B1727-3499 05/04/2023 10:58 AM Received by California Secretary of State

# EXHIBIT 2

#3711862

AMENDED STATEMENT BY
FOREIGN CORPORATION

A452895

NCT80

DO NOT WRITE IN THIS SPACE

FILED
In the office of the Secretary of State
of the State of California

OCT 2 6 1994

Tony Miller
Acting Secretary of State

ARAMARK Services, Inc.

_____, a corporation organized and existing under the laws of Delaware and which is presently qualified for the transaction of intrastate business in the State of California, makes the following statement:

That the name of the corporation has been changed to that hereinabove set forth and that the name relinquished at the time of such change was   ARA Services, Inc.

ARAMARK Services, Inc.
(Name of Corporation)

_(Signature of Corporate Officer)_

Priscilla M. Bodnar, Assistant Secretary
(Typed Name and Title of Officer Signing)

**INSTRUCTIONS:**

1. There must be attached to this Amended Statement a certificate of an authorized public official of the state or place of incorporation, that such change of name was made in accordance with the laws of that state or place.

2. The fee for filing this Amended Statement is $30.00

(CALIF. - 1320 7/6/92)
C T SYSTEM

*State of Delaware*          PAGE   1

*Office of the Secretary of State*

---

I, EDWARD J. FREEL, SERCRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THAT THE SAID "ARA SERVICES, INC.", FILED A CERTIFICATE OF AMENDMENT, CHANGING ITS NAME TO "ARAMARK SERVICES, INC.", THE SEVENTH DAY OF OCTOBER, A.D. 1994, AT 10 O'CLOCK A.M.

AND I DO HEREBY FURTHER CERTIFY THAT THE AFORESAID CORPORATION IS DULY INCORPORATED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL CORPORATE EXISTENCE NOT HAVING BEEN CANCELLED OR DISSOLVED SO FAR AS THE RECORDS OF THIS OFFICE SHOW AND IS DULY AUTHORIZED TO TRANSACT BUSINESS.



*Edward J. Freel, Secretary of State*

0533403   8320

944192657

AUTHENTICATION: 7265585

DATE: 10-11-94