MORGAN, LEWIS & BOCKIUS LLP
Sarah Zenewicz, Bar No. 258068
One Market
Spear Street Tower
San Francisco, CA  94105-1596
Tel:     +1.415.442.1000
Fax:    +1.415.442.1001
sarah.zenewicz@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
Michelle L. Quach, Bar No. 335098
1400 Page Mill Road
Palo Alto, CA 94304
Tel:     +1.650.843.4000
Fax:    +1.650.843.4001
michelle.quach@morganlewis.com

Attorneys for Defendant
ARAMARK SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL CORREA, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ARAMARK SERVICES, INC., a Delaware corporation; and DOES 1 through 50, inclusive;<br><br>Defendants. | Case No.  3:24-cv-02223<br><br>**DEFENDANT ARAMARK SERVICES, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>[Fed. R. Civ. P. 7.1; N.D. Civil Local Rule 3-15] |

**TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA AND TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:**

Pursuant to United States District Court for the Northern District of California Civil Local Rule 3-15, and consistent with Federal Rule of Civil Procedure 7.1, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Aramark Services, Inc. is wholly owned by Aramark Intermediate HoldCo Corp.
2. Aramark Intermediate HoldCo Corp. is wholly owned by Aramark, a publicly traded company.  No publicly held corporation owns 10% or more of Aramark's stock.

Defendant will advise this Court in the event that it learns of any material change in the status of interested parties.

Dated: April 15, 2024                                   MORGAN, LEWIS & BOCKIUS LLP

                                                        By:   /s/Sarah Zenewicz
                                                              Sarah Zenewicz
                                                              Michelle L. Quach
                                                              Attorneys for Defendant
                                                              ARAMARK SERVICES, INC.

DB2/ 47703174.1

| Case No. | 2 | DEFENDANT'S NOTICE OF INTERESTED PARTIES |
|---|---|---|

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SILICON VALLEY